```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JAMES KALAMARAS,

                     Plaintiff,         ORDER
                                        11-CV-1262(JS)(ARL)
        -against-

DEAN LOMBARDI,

                     Defendant.
----------------------------------------X
APPEARANCES
For Plaintiff:      James Kalamaras, pro se
                    64 Upper Sheep Pasture Road
                    East Setauket, NY 11733

For Defendant:      Brian C. Mitchell, Esq.
                    Susan A. Flynn, Esq.
                    Suffolk County Attorney's Office
                    H. Lee Dennison Building
                    100 Veterans Memorial Highway
                    Hauppauge, NY 11788
```

SEYBERT, District Judge:

For the reasons stated in the Report and Recommendation of Magistrate Judge Arlene R. Lindsay (Docket Entry 29), to which no objections have been filed, pro se Plaintiff James Kalamaras' motion for leave to file an Amended Complaint (Docket Entry 17) is DENIED with leave to renew.  If Plaintiff wishes to file a renewed motion to amend his Complaint, he must do so on or before August 13, 2012.

                                        SO ORDERED.

                                        /s/ JOANNA SEYBERT_____
                                        Joanna Seybert, U.S.D.J.

Dated:   July   6  , 2012
         Central Islip, NY